# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 29 2024

KEVIN P. WEIMER, Clerk

| | |
|---|---|
| **EDGAR ALVIN SIMON, JR.** ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. |
| ) | 1:24-cv-2090-VMC |
| V. ) | |
| ) | Entered as dismissed pursuant to Rule 41(a)(1)(i)(ii), F.R.C.P. |
| **DEKALB COUNTY, GEORGIA** ) | KEVIN P. WEIMER, Clerk |
| **and GREGORY R. MOORE, individually,** ) | By: __s/J. Underwood__ |
| ) | Deputy Clerk |
| **Defendants** ) | Date: __10/30/2024__ |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

    COME NOW, Plaintiff, **Edgar Alvin Simon, Jr.**, and hereby move to dismiss all of his claims against the named Defendants from the above-referenced action, without prejudice.

Respectfully submitted this 29th day of October, 2024.

*Edgar A. Simon, Jr.*
Pro se Plaintiff
Cell Phone: (980) 225-6225
Email: simonjrcomprises@gmail.com

1

## CERTIFICATE OF SERVICE AND CERTIFICATE AS TO FONT

I hereby certify that the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** was prepared using Times New Roman 14-point type, in accordance with Local Rule 5.1 B, and that on this day, I manually filed that document with the Clerk of Court by placing it in the U.S. Mail, and sent a copy of it via electronic mail to:

Rebecca J. Dobras
Senior Assistant County Attorney
rjdobras@dekalbcountyga.gov
and
Aimee F. Sobhani
Assistant County Attorney
afsobhani@dekalbcountyga.gov

DEKALB COUNTY LAW DEPARTMENT
1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030

This the 29th day of October 2024,

Edgar Alvin Simon, Jr.
Pro se Plaintiff
980-225-6225